**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY**

**UNITED STATES OF AMERICA**

    **v.**                                **CRIMINAL NO. 5:18-cr-00099**

**MANUEL C. BARIT, M.D.**

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 30, 2019, this Court entered a Preliminary Order of Forfeiture (ECF 59), pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c) ordering defendant to forfeit to the United States $37,157.52, more or less, in United States Currency constituting the balance of Account No. xx392 in People's Bank of Mullens at the time of seizure on January 29, 2018 (CATS ID 18-DEA-638418);

WHEREAS, notice of the criminal forfeiture proceeding was posted on an official government internet site at (www.forfeitiure.gov) for at least 30 consecutive days, beginning on March 15, 2019 as authorized by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, as evidenced by the Declaration of Publication on file (ECF 65) with the United States intentions of disposing of the forfeited property according

1

to law, and notified third-parties of their right to petition the Court, within sixty (60) days of the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property, as provided by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(7);

AND WHEREAS, it appears from the record in this case that more than sixty (60) days have elapsed since the first date of publication and no claims have been filed;

WHEREAS, the Court finds the defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 982(a)(7);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby CONDEMNED, FORFEITED and VESTED in the United States of America, and shall be disposed of according to law.

It is further ORDERED that the Attorney General or his authorized designee shall dispose of the property according to law.

The Clerk is directed to send certified copies of this Order to counsel of record, DEA Task Special Agent Joshua Tripp, Drug Enforcement Administration, #2 Monongalia Street, Suite 300, Charleston, West Virginia, 25302 and to the United States Marshal Service.

IT IS SO ORDERED this __3rd__ day of __June__, 2019.

ENTER:

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

ORDER PREPARED BY:

/s/ Christopher R. Arthur
Christopher R. Arthur
Assistant United States Attorney
WV State Bar No. 9192
300 Virginia Street, 400
Charleston, WV  25701
Telephone:  304-340-3522
Fax:  304-347-5104
E-mail: chris.arthur@usdoj.gov

3